# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MELISSA BOSCH**                                                                                    **PLAINTIFF**

**v.**                          **Case No.: 4:22-cv-00677-LPR**

**TONY THURMAN, as Superintendent of Cabot Public School District;**
**CABOT PUBLIC SCHOOL DISTRICT; and**
**CITY OF CABOT, ARKANSAS**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is hereby entered in favor of Defendants on all claims.

IT IS SO ADJUDGED this 28th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE