IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| MELISSA BOSCH | PLAINTIFF |
| vs. | |
| CABOT PUBLIC SCHOOL SUPERINTENDENT TONY THURMAN, CABOT PUBLIC SCHOOL DISTRICT, CITY OF CABOT, ARKANSAS | DEFENDANTS |
| | No.: 4:22-CV-00677-LPR |

# NOTICE OF INVOCATION OF
# FED. R. CIV. P. 59 REGARDING
# PLAINTIFF'S MOTION FOR RECONSIDERATION

    This morning, Plaintiff moved, in Doc. 71, for reconsideration of this Court's Order of yesterday, February 28, 2024, Doc. 69.  Plaintiff did not explicitly state therein that her motion was made pursuant to Fed. R. Civ. P. 59, which, of course, allows for reconsideration of an adverse summary judgment order, amongst other things.  The Court is also undoubtedly aware that when a Rule 59 motion is filed, time to appeal does not begin running until the Court rules on that motion.

    As such, since Plaintiff did not explicitly state so in her motion, this notice serves (1) to inform the Court and Defendants that Fed. R. Civ. P. 59 is the procedural basis for Plaintiff's motion for reconsideration, Doc. 71, and (2) that Plaintiff intends to rely on the appeal-filing deadlines that pertain after filing a motion for reconsideration under Fed. R. Civ. P. 59 unless instructed otherwise.

February 29, 2024                    Respectfully Submitted,

*/s/Robert Steinbuch*
Robert Steinbuch, Ark. Bar # 2020-*007*
STEINBUCH IMPACT LITIGATION
PO Box 11200
Conway, AR 72034
Telephone: (501) ATTY-804 (288-9804)
resteinbuch@gmail.com

*/s/Chris P. Corbitt*
Chris P. Corbitt, Ark Bar #2004089
Corbitt Law Firm, PLLC
PO Box 11200
Conway, AR 72034
Telephone (501) 255-0112
FAX (888) 838-9096
www.corbittlawfirm.com
Email: chris@corbittlawfirm.com

*/s/Clinton W. Lancaster*
Clinton W. Lancaster, 2011179
The Lancaster Law Firm
P.O. Box 34407, PMB 26248
Little Rock, AR 72203-4407
P:  (501) 776-2224
F:  (501) 778-6186
E:  clint@thelancasterlawfirm.com

## CERTIFICATE OF SERVICE

By my signature above, I certify pursuant to Ark. R. Civ. P. 5(e) that a copy of the foregoing has been delivered by the below method to the following person or persons:

☐ First Class Mail  ☐ Facsimile  ☐ Email  ☒ AOC/ECF  ☐ Hand Delivery

George Jay Bequette                Sara Monaghan

W. Cody Kees

on this day, PER ADMIN. ORDER NO. 21, the 29th day of February, 2024.